IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHEVRON CORPORATION,<br><br>                Plaintiff,<br><br>-against-<br><br>MARIA AGUINDA SALAZAR, et al.,<br><br>                Defendants.<br><br>-and-<br><br>STEVEN DONZIGER, et al.,<br><br>                Intervenors. | Civil Action No. 11-CV-3718<br><br>(Civil Action Pending in<br>the Southern District of New York) |

**DECLARATION OF CLAUDIA M. BARRETT IN SUPPORT OF CHEVRON CORPORATION'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS FROM THE WEINBERG GROUP PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 45**

I, Claudia M. Barrett, declare as follows:

1.      I am an attorney licensed to practice law in the State of California and the District of Columbia. I am an associate at the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Chevron Corporation ("Chevron"). I make this declaration, based on personal knowledge, in support of Chevron Corporation's Motion to Compel the Production of Documents from The Weinberg Group, Inc. ("Weinberg") pursuant to Federal Rule of Civil Procedure 45. If called as a witness, I could and would testify to the same as stated herein.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of the signed agreement dated September 30, 1998, between the Republic of Ecuador, Petroecuador, and TexPet releasing TexPet from liability related to its operations in Ecuador.

3. Attached hereto as **Exhibit 2** is a true and correct copy of an email from Steven Donziger to Andrew Woods dated May 25, 2010 forwarding an email exchange between Eric Westenberger and Ilann Maazel copying Steven Donziger, Jonathan Abady, Bill Narwold, Ingrid Moll, Jonathan Wilson, and Eric Daleo dated May 20 and 24, 2010 with the subject line "Draft Outline of Possible Ecuadorian Court Filing," and Bates-numbered DONZ00067932.

4. Attached hereto as **Exhibit 3** is a true and correct copy of an email exchange between Adlai Small and Steven Donziger copying Eric Westenberger and Jonathan Abady dated August 18, 2010 with the subject line: "Brainstorming on Expert Issues - PRIVILEGED AND CONFIDENTIAL – ATTORNEY WORK PRODUCT," and Bates-numbered DONZ00031475.

5. Attached hereto as **Exhibit 4** are true and correct copies of excerpts from the certified deposition transcript of Douglas Allen, taken on December 16, 2010.

6. Attached hereto as **Exhibit 5** are true and correct copies of excerpts from the certified deposition transcript of Lawrence Barnthouse, taken on December 10, 2010.

7. Attached hereto as **Exhibit 6** are true and correct copies of excerpts from the certified deposition transcript of Carlos Picone, taken on December 16, 2010.

8. Attached hereto as **Exhibit 7** are true and correct copies of excerpts from the certified deposition transcript of Daniel Rourke, taken on December 20, 2010.

9. Attached hereto as **Exhibit 8** are true and correct copies of excerpts from the certified deposition transcript of Paolo Scardina, taken on December 22, 2010.

10. Attached hereto as **Exhibit 9** are true and correct copies of excerpts from the certified deposition transcript of Jonathan Shefftz, taken on December 16, 2010.

11. Attached hereto as **Exhibit 10** is a true and correct copy of an email exchange between Douglas Allen and Christopher Arthur copying Ted Dunkelberger dated August 25, 2010, attaching a document entitled "Draft Outline," marked as Exhibit 1112 at the December 16, 2010 deposition of Douglas Allen, and Bates-numbered ALLEN-NATIVE-008059 to ALLEN-NATIVE-008061.

12. Attached hereto as **Exhibit 11** is a true and correct copy of an email exchange between Douglas Allen, Ted Dunkelberger, and Chris Arthur dated August 25, 2010, marked as Exhibit 1108 at the December 16, 2010 deposition of Douglas Allen, and Bates-numbered ALLEN-NATIVE-008523 to ALLEN-NATIVE-008524.

13. Attached hereto as **Exhibit 12** is a true and correct copy of an email exchange between Carlos Picone and Marla Scarola dated August 26, 2010, with the subject line: "Follow-up," and Bates-numbered PICONE-NATIVE-004619 to PICONE-NATIVE-004621.

14. Attached hereto as **Exhibit 13** is a true and correct copy of a document produced by Carlos Picone titled "Costs for Proposed Healthcare Delivery Program" with the metadata showing the author as Kerry Roche of the Weinberg Group, and Bates-numbered PICONE-NATIVE-005888 to PICONE-NATIVE-05895.

15. Attached hereto as **Exhibit 14** is a true and correct copy of a document produced by Paolo Scardina titled "Cost of Developing a Potable Water System" with the metadata showing the author as Tom Golojuch of the Weinberg Group, and Bates-numbered SCARDINA-NATIVE-000250 to SCARDINA-NATIVE-000265.

16. Attached hereto as **Exhibit 15** is a true and correct certified translation of excerpts from the Lago Agrio judgment issued by the Sucumbios Provincial Court in Ecuador on February 14, 2011 in the case of *Maria Aguinda et al. v. Chevron*.

17. Attached hereto as **Exhibit 16** is a true and correct copy of the declaration of Michael L. Younger, Director of Digital Forensics at Stroz Friedberg, notarized March 1, 2011 and filed in the Southern District of New York on May 2, 2011.

18. Attached hereto as **Exhibit 17** is a true and correct copy of an August 28, 2010 email from Douglas Allen to Ted Dunkelberger copying Christopher Arthur with the subject line: "Aguinda Litigation: 'Wish List' for Ecuador Trip," and attaching a memorandum titled "Aguinda Litigation[,] Ecuador Trip – August 28 - September 1[,] Supplemental Information Request No. 3," and Bates-numbered ALLEN-NATIVE-007550 to ALLEN-NATIVE-007557.

19. Attached hereto as **Exhibit 18** is a true and correct copy of the subpoena served on Weinberg on or around May 20, 2011, in the case *Chevron Corporation v. Salazar, et al.*, No. 11 Civ. 3718 (S.D.N.Y.).

20. Attached hereto as **Exhibit 19** is a true and correct copy of a June 24, 2011 letter from Carlos A. Zelaya, II, from the Law Office of F. Gerald Maples, P.A. to Randy Mastro from Gibson, Dunn & Crutcher LLP.

21. Attached hereto as **Exhibit 20** is a true and correct copy of a June 25, 2011 email from Randy Mastro to Carlos Zelaya with the subject line "Document Productions."

22. Attached hereto as **Exhibit 21** is a true and correct copy of a July 8, 2010 email exchange between Randy Mastro and Carlos Zelaya, copying Kristen Hendricks, jgomez@gomezllc.com and mhall@fgmapleslaw.com.

23. Attached hereto as **Exhibit 22** is a true and correct copy of Weinberg's Objections and Responses to Chevron's Subpoena, dated June 3, 2011.

24. Attached hereto as **Exhibit 23** is a true and correct certified translation of a filing by Lago Agrio Plaintiffs' counsel Pablo Fajardo Mendoza in the Ecuadorian Provincial Court of Justice of Sucumbios dated September 16, 2010.

25. Attached hereto as **Exhibit 24** is a true and correct copy of a September 10, 2010 email from Christopher Arthur to Paolo Scardina copying Ted Dunkelberger with the subject line: "Report sections for your consideration," marked as Exhibit 1406 at the December 22, 2010 deposition of Paolo Scardina, and Bates-numbered SCARDINA-NATIVE-000243 to SCARDINA-NATIVE-000244.

26. Attached hereto as **Exhibit 25** are true and correct copies of excerpts from the certified deposition transcript of Steven Donziger, taken on December 22, 2010.

27. Attached hereto as **Exhibit 26** is a true and correct copy of a September 8, 2010 email exchange between Chris Arthur, Lawrence Barnthouse, Carlos Picone, Douglas Allen, Daniel Rourke, Jonathan Shefftz, Kerry Roche, Tom Golojuch, and Ted Dunkelberger with the subject line: "References for report," and marked as Exhibit 1014 at the December 10, 2010 deposition of Lawrence Barnthouse.

28. Attached hereto as **Exhibit 27** is a true and correct copy of an August 19 and 20, 2010 email exchange between Steven Donziger, Julia Brickell, Nicolas Economou, Eric Westenberger, Ilann Maazel, Jonathan Abady, and Adlai Small with the subject line: "Call to discuss expert report," and Bates-numbered DONZ00031480.

29. Attached hereto as **Exhibit 28** is a true and correct copy of a December 13, 2010 letter from Adlai Small to Claudia Barrett copying Jeffrey Schwaber, Gregory St. Ours, John Pacht, Randy Mastro, Andrea Neuman, and Peter Seley.

30. Attached hereto as **Exhibit 29** is a true and correct copy of a December 13, 2010 email from Eric Daleo to Claudia Barrett, Peter Seley, James Sabovich copying Adlai Small, Edward Yennock, and Andrew Kirshenbaum with the subject line: "1782 Proceedings: Supplemental Production of Documents on Privilege Logs."

31. Attached hereto as **Exhibit 30** is a true and correct copy of a May 20, 2010 email exchange between Eric Westenberger, Steven Donziger, Andrew Wilson, Jonathan Abady, Ilann Maazel, Eric Daleo, and Edward Yennock with the subject line: "Re: Fwd. Activity in Case 4:10-mc-00134 Chevron Corporation v. 3TM International, Inc. et al Memorandum and Order," and Bates-numbered DONZ00127753.

32. Attached hereto as **Exhibit 31** is a true and correct copy of a June 7, 2010 email from Jonathan Abady to Eric Westenberger, Steven Donziger, Andrew Wilson, Ilann Maazel, Eric Daleo, and Edward Yennock with the accompanying attachment entitled "JSA Edited Filing for Ecuador," and Bates-numbered DONZ00040168 to DONZ00040176 and DONZ00008561 to DONZ00008569.

I declare on this 15th day of July, 2011 in Washington, DC, under penalty of perjury of the laws of the United States and the District of Columbia, that the foregoing is true and correct.

_____
Claudia M. Barrett