**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re Motion of<br>     CHEVRON CORPORATION,<br><br>                    Petitioner,<br><br>To Compel the Production of Documents from<br>     THE WEINBERG GROUP,<br><br>                    Respondent,<br><br>In Connection with a Civil Action Pending in the United States District Court for the Southern District of New York. | Civ. Action No: 1:11-mc-00409- JMF |

**[PROPOSED] ORDER GRANTING EMERGENCY MOTION FOR STAY OF SEPTEMBER 8, 2011 ORDER (DKT. 24) AND SEPTEMBER 13, 2011 ORDER (DKT. 30)**

Upon consideration of Respondent Weinberg Group and Defendants Hugo Gerardo Camacho Naranjo and Javier Piaguaje Payaguaje's Emergency Motion for Stay of Enforcement of September 8, 2011 Order (Dkt. 24) and September 13, 2011 Order (Dkt. 30) Pending Appeal to the United States Court of Appeals for the District of Columbia Circuit and for Expedited Briefing and Consideration, it is hereby

**ORDERED** that Respondent Weinberg Group and Defendants Hugo Gerardo Camacho Naranjo and Javier Piaguaje Payaguaje's Emergency Motion for Stay of Enforcement is GRANTED, and the Court's September 8, 2011 Order (Dkt. 24) and September 13, 2011 Order (Dkt. 30) are STAYED pending appellate review by the United States Court of Appeals for the District of Columbia Circuit.

SO ORDERED this _____ day of _____, 2011.

_____
JOHN M. FACCIOLA
United States Magistrate Judge

## **L. CIV. R. 7(k) APPENDIX OF NAMES AND ADDRESSES OF ATTORNEYS ENTITLED TO BE NOTIFIED OF ENTRY OF THIS ORDER**

Pursuant to Local Civil Rule 7(k), the following attorneys are entitled to be notified of the entry of this Order:

Peter E. Seley
Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave., N.W.
Washington, DC 20036
Tel:  202.955.8500
Fax:  202-955-9594
pseley@gibsondunn.com

Randy M. Mastro (*pro hac vice* pending)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
Tel:  212.351.4000
Fax:  212.351.4035
rmastro@gibsondunn.com

Andrea E. Neuman (*pro hac vice* pending)
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel:  213.229.7000
Fax:  2012.229-7520
aneuman@gibsondunn.com

Richard Carter
CARTER COLEMAN & RAGLAND
602 Cameron Street
Alexandria, VA 22314
Tel:  703-739-4200
Fax:  703-739-4210
rcarter@colemanragland.com

Julio C. Gomez (*pro hac vice* pending)
GOMEZ LLC ATTORNEY AT LAW
The Trump Building
40 Wall Street, 28th Floor
New York, NY 10005
Tel:  212.400.7150
Fax:  212.400.7151
Jgomez@gomezllc.com