IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Motion of<br><br>CHEVRON CORPORATION,<br><br>　　　　　　　Petitioner,<br><br>To Compel the Production of Documents from<br><br><br>THE WEINBERG GROUP,<br><br>　　　　　　　Respondent,<br><br>In Connection with a Civil Action Pending in the United States District Court for the Southern District of New York. | Misc. Action No: 1:11-mc-00409-JMF |

**RESPONDENTS THE WEINBERG GROUP AND DEFENDANTS HUGO GERARDO CAMACHO NARANJO AND JAVIER PIAGUAJE PAYAGUAJE'S MOTION FOR RECONSIDERATION OF THIS COURT'S SEPTEMBER 26, 2012 ORDER AND MOTION FOR ENTRY OF FEDERAL RULE OF EVIDENCE 502(d) ORDER**

**PLEASE TAKE NOTICE** that Respondents The Weinberg Group and Defendants Hugo Gerardo Camacho Naranjo and Javier Piaguaje Payaguaje, for the reasons set forth in the accompanying Memorandum of Points and Authorities, respectfully move for an Order for Reconsideration of the Court's September 26, 2012 Order (Dkt. 53) pursuant to Fed. R. Civ. P. 54(b) and for Entry of a Federal Rule of Evidence 502(d) Order.

                                                            Respectfully Submitted,

Dated: October 17, 2012

                                              /*s/ Eric S. Westenberger*/
Eric S. Westenberger
James E. Tyrrell, Jr.
PATTON BOGGS, LLP
One Riverfront Plaza, 6th Fl.
Newark, NJ 07102
Telephone: (973) 848-5600
Fax: (973) 848-5601
E-mail:  ewestenberger@pattonboggs.com
E-mail: jtyrrell@pattonboggs.com
*Admitted pro hac vice*

*/s/Richard D.Carter*
Richard D.Carter, DC Bar #339358
CARTER & COLEMAN
Attorneys and Counselors at Law
602 Cameron Street
Alexandria, VA 22314
T: (703) 739-4200
F: (703) 739-4210
Email: rcarter@cartercoleman.com

*Attorneys for the Weinberg Group, Hugo Gerardo Camacho Naranjo and Javier Piaguaje Payaguaje*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of October, 2012, I electronically filed the foregoing Motion with the Clerk of the Court using the CMF/ECF system which will send notification of such filing (NEF) to counsel listed below:

Peter E. Seley
Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave., N.W.
Washington, DC 20036
Tel: 202.955.8500
Fax: 202-955-9594
pseley@gibsondunn.com

Randy M. Mastro
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
Tel: 212.351.4000
Fax: 212.351.4035
rmastro@gibsondunn.com

Andrea E. Neuman
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel: 213.229.7000
Fax: 2012.229-7520
aneuman@gibsondunn.com

                                                    Respectfully submitted,

                                                    /s/ *Eric S. Westenberger*
                                                    Eric S. Westenberger
                                                    PATTON BOGGS, LLP
                                                    One Riverfront Plaza, 6th Fl.
                                                    Newark, NJ 07102
                                                    Telephone: (973) 848-5600
                                                    Fax: (973) 848-5601
                                                    E-mail:  ewestenberger@pattonboggs.com
                                                    *Admitted pro hac vice*