IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Motion of<br><br>CHEVRON CORPORATION,<br><br>      Petitioner,<br><br>To Compel the Production of Documents from<br><br><br>THE WEINBERG GROUP,<br><br>      Respondent,<br><br>In Connection with a Civil Action Pending in the United States District Court for the Southern District of New York. | Misc. Action No: 1:11-mc-00409-JMF<br><br><br><br>**[PROPOSED] ORDER GRANTING MOTION FOR RECONSIDERATION OF SEPTEMBER 26, 2012 ORDER** |

  Upon consideration of Respondents The Weinberg Group and Defendants Hugo Gerardo Camacho Naranjo and Javier Piaguaje Payaguaje's (collectively, "Respondents") Motion for Reconsideration of the Court's September 26, 2012 Order (Dkt. 53)

  **IT IS** on this _____ day of _____, 2012

  **ORDERED** that Respondents' Motion for Reconsideration is **GRANTED**, and it is further

  **ORDERED** that the Court's September 26, 2012 Order is **MODIFIED** as set forth in the Memorandum Opinion filed herewith.

                 _____
                  JOHN M. FACCIOLA
                  United States Magistrate Judge

## L. CIV. R. 7(k) APPENDIX OF NAMES AND ADDRESSES OF ATTORNEYS ENTITLED TO BE NOTIFIED OF ENTRY OF THIS ORDER

Pursuant to Local Civil Rule 7(k), the following attorneys are entitled to be notified of the entry of this Order:

Peter E. Seley
Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave., N.W.
Washington, DC 20036
Tel: 202.955.8500
Fax: 202-955-9594
pseley@gibsondunn.com

Andrea E. Neuman
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel: 213.229.7000
Fax: 2012.229-7520
aneuman@gibsondunn.com
*Admitted pro hac vice*

Julio C. Gomez
GOMEZ LLC ATTORNEY AT LAW
The Trump Building
40 Wall Street, 28th Floor
New York, NY 10005
Tel: 212.400.7150
Fax: 212.400.7151
Jgomez@gomezllc.com
*Admitted pro hac vice*

Randy M. Mastro
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
Tel: 212.351.4000
Fax: 212.351.4035
rmastro@gibsondunn.com
*Admitted pro hac vice*

Richard Carter
CARTER COLEMAN & RAGLAND
602 Cameron Street
Alexandria, VA 22314
Tel: 703-739-4200
Fax: 703-739-4210
rcarter@colemanragland.com

James E. Tyrrell, Jr.
PATTON BOGGS, LLP
One Riverfront Plaza, 6th Fl.
Newark, NJ 07102
Telephone: (973) 848-5600
Fax: (973) 848-5601
E-mail: jtyrrell@pattonboggs.com
*Admitted pro hac vice*

Eric S. Westenberger
PATTON BOGGS, LLP
One Riverfront Plaza, 6th Fl.
Newark, NJ 07102
Telephone: (973) 848-5600
Fax: (973) 848-5601
E-mail: ewestenberger@pattonboggs.com
*Admitted pro hac vice*